IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JEANETTE ROSE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MABLE SIMPSON,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. BANK, N.A.,<br><br>*Defendant.* | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00355-JRG |

## ORDER

Before the Court is the Stipulated Motion for Dismissal Without Prejudice (the "Stipulation") filed by Plaintiff Jeanette Rose, Individually and as Representative of the Estate of Mable Simpson and Defendant U.S. Bank N.A. (collectively, the "Parties") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. No. 13.) In the Stipulation, the Parties dismiss, without prejudice, all claims in the above captioned case. (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED-AS-MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 11th day of October, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE